AO 442 (12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

RECEIVED
05 FEB 25 PM 12: 57
U.S. MARSHALS SERVICE
NORTHERN GEORGIA

UNITED STATES OF AMERICA,

vs.

MAI LE

**WARRANT FOR ARREST**

CASE NO. 1:04-CR-232-BBM

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest MAI LE and bring him or her forthwith to the nearest magistrate to answer a(n)

☑ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging him or her with (brief description of offense): TRANSMITTAL OF MONIES BY DEALERS FROM THE SALE OF CONTROLLED SUBSTANCES BY MEANS OF WIRE TRANSFERS BY FINANCIAL INSTITUTIONS

in violation of Title 18, United States Code, Section(s) 1956(A)(1)

LUTHER D. THOMAS
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Bail Fixed at $ _____

Clerk, U.S. District Court
Title of Issuing Officer

February 25, 2005   at Atlanta, Georgia
Date and Location

By: _____
Name of Judicial Officer

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 2 1 2009

JAMES N. HATTEN, Clerk
By: _[signature]_
Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

11/17/08 Dismissed per Judge Martin

Date Received: _____

Date of Arrest: _____

Name and Title of Arresting Officer

_____
Signature of Arresting Officer